# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H 01-472 |
| | § | |
| NICHOLAS NNAJI | § | |
| (Civil Action No. 04-4309) | § | |

## ORDER

Nicholas Nnaji has filed a motion relating to his motion under 28 U.S.C. § 2255, which was closed in March 30, 2012 after this court denied his motion and entered final judgment. Nnaji asks that the motions, orders, and other filings be docketed not only in his criminal case, but also in his civil habeas case. Both cases have been closed.

The Clerk of Court for the Southern District routinely opens a civil case when a motion for relief under 28 U.S.C. § 2255 is filed. After that, however, the motions and other filings are docketed in the underlying criminal case. When the case is resolved, both are closed and final judgment is entered at that time. Nnaji's motion is denied as moot because the filings he seeks are already part of the court's record and there is no need for additional steps to provide him an appealable final judgment. His motion, Docket Entry No. 290, is denied.

SIGNED on July 11, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge